GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
COLEEN SCHOCH
Assistant United States Attorney
Georgia State Bar No. 366545
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: coleen.schoch@usdoj.gov
Attorneys for Plaintiff

✓ FILED        ___ LODGED
___ RECEIVED   ___ COPY

AUG 17 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-21-00660-PHX-SPL (MTM) |
| Plaintiff, | **I N D I C T M E N T** |
| vs. | VIO: 18 U.S.C. § 371 (Conspiracy to Make False Statements in Acquisition of Firearms) Count 1 |
| 1. Adrian Bernard Duncan, (Counts 1–10) | |
| 2. Cre'Yonna La'Tai Griffin, and (Counts 1–2) | 18 U.S.C. § 924(a)(1)(A) (False Statement During Purchase of a Firearm) Counts 2–10 |
| 3. Yetunde Ade Ross, (Counts 1, 3–4), | |
| Defendants. | |

**THE GRAND JURY CHARGES:**

## <u>COUNT 1</u>

From on or about December 3, 2017 through on or about May 29, 2021, within the District of Arizona, Defendants ADRIAN BERNARD DUNCAN, CRE'YONNA LA'TAI GRIFFIN, and YETUNDE ADE ROSS did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is: to knowingly make false statements or representations to licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, pertaining to information that the law requires the licensed dealers to keep, in violation of Title 18, United States Code, Section 371.

**Purpose of the Conspiracy**

The purpose of this conspiracy was to purchase firearms from licensed dealers of firearms through the use of false statements and representations.

**The Means and Methods of the Conspiracy**

The means and methods employed by the defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

It was part of the conspiracy that certain defendants and/or their co-conspirators would purchase multiple firearms of the same make, model, and caliber while employing false statements or representations on the ATF Form 4473.

It was a further part of the conspiracy that other defendants and/or their co-conspirators would provide the purchased firearms to ADRIAN BERNARD DUNCAN, a resident of the State of California.

**Overt Acts**

In furtherance of the conspiracy, one or more of the co-conspirators committed, or caused to be committed, the overt acts described below:

Between on or about January 19, 2019 through on or about May 29, 2021, ADRIAN BERNARD DUNCAN knowingly made false statements and representations to six different businesses located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses. On six separate occasions, ADRIAN BERNARD DUNCAN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that he knew to be false.

On or about December 3, 2017, in the District of Arizona, Defendant CRE'YONNA LA'TAI GRIFFIN knowingly made false statements and representations to a business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter

44 of Title 18, United States Code, to be kept in the records of that business. CRE'YONNA LA'TAI GRIFFIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that she knew to be false. CRE'YONNA LA'TAI GRIFFIN was directed by ADRIAN BERNARD DUNCAN to make these false statements or representations. Pursuant to the directions of ADRIAN BERNARD DUNCAN, CRE'YONNA LA'TAI GRIFFIN made the false statements or representations with the knowledge and intent that she would provide the firearms that she obtained using those false statements to ADRIAN BERNARD DUNCAN.

On or about July 21, 2018, in the District of Arizona, Defendant YETUNDE ADE ROSS knowingly made false statements and representations to business located in the District of Arizona and licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of those businesses. On two separate occasions, YETUNDE ADE ROSS executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, containing a statement or representation that she knew to be false. YETUNDE ADE ROSS was directed by ADRIAN BERNARD DUNCAN to make these false statements or representations. Pursuant to the directions of ADRIAN BERNARD DUNCAN, YETUNDE ADE ROSS made the false statements or representations with the knowledge and intent that she would provide the firearms that she obtained using those false statements to ADRIAN BERNARD DUNCAN.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2

On or about December 3, 2017, in the District of Arizona, Defendants ADRIAN BERNARD DUNCAN and CRE'YONNA LA'TAI GRIFFIN knowingly made false statements and representations to *Against All Enemies LLC*, located in Lake Havasu City, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States

Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Against All Enemies LLC*, in that CRE'YONNA LA'TAI GRIFFIN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating: (1) that CRE'YONNA LA'TAI GRIFFIN resided at an address in Phoenix, Arizona, whereas in truth and fact, CRE'YONNA LA'TAI GRIFFIN knew that she resided at a different address; and (2) that CRE'YONNA LA'TAI GRIFFIN was the actual transferee or buyer of three pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, CRE'YONNA LA'TAI GRIFFIN knew that she was buying the firearms on behalf of ADRIAN BERNARD DUNCAN.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about July 21, 2018, in the District of Arizona, Defendants ADRIAN BERNARD DUNCAN and YETUNDE ADE ROSS knowingly made false statements and representations to *J&K Outdoor Adventures LLC dba Hits & Miss's*, located in Peoria, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *J&K Outdoor Adventures LLC dba Hits & Miss's*, in that YETUNDE ADE ROSS executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that YETUNDE ADE ROSS was the actual transferee or buyer of two pistols and was not buying these firearms on behalf of another person, whereas in truth and fact, YETUNDE ADE ROSS knew that she was buying the firearms on behalf of ADRIAN BERNARD DUNCAN.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about July 21, 2018, in the District of Arizona, Defendants ADRIAN BERNARD DUNCAN and YETUNDE ADE ROSS knowingly made false statements and

representations to *Outlaw Larry's*, located in Prescott Valley, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Outlaw Larry's*, in that YETUNDE ADE ROSS executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating that YETUNDE ADE ROSS was the actual transferee or buyer of two pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, YETUNDE ADE ROSS knew that she was buying the firearms on behalf of ADRIAN BERNARD DUNCAN.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about January 19, 2019, in the District of Arizona, Defendant ADRIAN BERNARD DUNCAN knowingly made false statements and representations to *Guns 2 Ammo*, located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Guns 2 Ammo*, in that ADRIAN BERNARD DUNCAN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating: (1) that ADRIAN BERNARD DUNCAN resided at an address in Tempe, Arizona, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he resided at a different address; and (2) that ADRIAN BERNARD DUNCAN was the actual transferee or buyer of four pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he was buying the firearms on behalf of someone else.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

On or about February 24, 2019, in the District of Arizona, Defendant ADRIAN BERNARD DUNCAN knowingly made false statements and representations to *Alianza*

- 5 -

*Latina Arms*, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Alianza Latina Arms*, in that ADRIAN BERNARD DUNCAN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating: (1) that ADRIAN BERNARD DUNCAN resided at an address in Tempe, Arizona, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he resided at a different address; and (2) that ADRIAN BERNARD DUNCAN was the actual transferee or buyer of two pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he was buying the firearms on behalf of someone else.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 7

On or about February 24, 2019, in the District of Arizona, Defendant ADRIAN BERNARD DUNCAN knowingly made false statements and representations to *Against All Enemies*, located in Lake Havasu City, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Against All Enemies*, in that ADRIAN BERNARD DUNCAN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating: (1) that ADRIAN BERNARD DUNCAN resided at an address in Tempe, Arizona, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he resided at a different address; and (2) that ADRIAN BERNARD DUNCAN was the actual transferee or buyer of two pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he was buying the firearms on behalf of someone else.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 8**

On or about February 24, 2019, in the District of Arizona, Defendant ADRIAN BERNARD DUNCAN knowingly made false statements and representations to *J&K Outdoor Adventures LLC dba Hits & Miss's*, located in Peoria, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *J&K Outdoor Adventures LLC dba Hits & Miss's*, in that ADRIAN BERNARD DUNCAN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating: (1) that ADRIAN BERNARD DUNCAN resided at an address in Tempe, Arizona, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he resided at a different address; and (2) that ADRIAN BERNARD DUNCAN was the actual transferee or buyer of two pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he was buying the firearms on behalf of someone else.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

**COUNT 9**

On or about May 13, 2020, in the District of Arizona, Defendant ADRIAN BERNARD DUNCAN knowingly made false statements and representations to *Mo Money Pawn*, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Mo Money Pawn*, in that ADRIAN BERNARD DUNCAN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating: (1) that ADRIAN BERNARD DUNCAN resided at an address in Tempe, Arizona, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he resided at a different address; and (2) that ADRIAN BERNARD DUNCAN was the actual transferee or buyer of a pistol, and was not buying this firearm on behalf of another person, whereas

in truth and fact, ADRIAN BERNARD DUNCAN knew that he was buying the firearm on behalf of someone else.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 10

On or about May 29, 2021, in the District of Arizona, Defendant ADRIAN BERNARD DUNCAN knowingly made false statements and representations to *Jeffery Reimer*, located in Mesa, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of *Jeffery Reimer*, in that ADRIAN BERNARD DUNCAN executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, stating: (1) that ADRIAN BERNARD DUNCAN resided at an address in Tempe, Arizona, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he resided at a different address; and (2) that ADRIAN BERNARD DUNCAN was the actual transferee or buyer of a pistol, and was not buying this firearm on behalf of another person, whereas in truth and fact, ADRIAN BERNARD DUNCAN knew that he was buying the firearm on behalf of someone else.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: August 17, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

s/
COLEEN SCHOCH
Assistant U.S. Attorney